UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**COLLEEN D. HOLSTEIN,**

      **Plaintiff,**

      v.

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

Case No. 2:13-cv-1188
**JUDGE GREGORY L. FROST**
Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court for consideration of the Magistrate Judge's November 11, 2014 Report and Recommendation. (ECF No. 21.) In that filing, the Magistrate Judge recommended that the Court sustain Plaintiff's statement of errors to the extent that the case would be remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Report and Recommendation specifically advised the parties that a failure to object to the Report and Recommendation within fourteen days would "result in a waiver of the right to have the district judge review the Report and Recommendation <u>de novo</u>, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." (ECF No. 21, at Page ID # 535.)

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed, that the time for filing objections has expired, and that the Magistrate Judge's reasoning is correct, the Court **ADOPTS** the Report and Recommendation, **SUSTAINS** Plaintiff's statement of errors, and **REMANDS** the case pursuant to sentence four of 42 U.S.C. §

405(g).  The Clerk shall enter judgment accordingly and terminate this case on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

**IT IS SO ORDERED**.

     /s/ Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE